PER CURIAM.
The petitioner seeks review of an order dismissing her complaint and cause in the lower court by certiorari proceedings.[1]
It is apparent that the order, review of which is sought by petitioner, is final in nature. See: Howard Johnson, Inc. of Florida v. State Road Department of Florida, Fla.1956, 90 So.2d 306; Womack v. Goldberg, Fla.App.1960, 117 So.2d 758. Therefore, there being an adequate remedy by appeal [See: Wieczorek v. Williams, Fla.1954, 71 So.2d 262; Burdine’s, Inc. v. Drennon, Fla.1957, 97 So.2d 259; Hastings v. Osius, Fla.1958, 104 So.2d 21] the petition for certiorari is dismissed.
Dismissed.

. Said order reads as follows: “CONSIDERED, ORDERED AND ADc JUDGED that the Motion to Dismiss Complaint, as amended, filed by the defendant, MIRAMAR MOTORS, INC., a Florida corporation, be and the same is hereby granted, and this cause is hereby dismissed with leave to file in the proper Court by the Plaintiff.”